1
2
3
4
5
6
7
8

9          **UNITED STATES DISTRICT COURT**

10    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

| | |
|---|---|
| 12  JOHN LEE BARRENTINE, | CASE NO. CV16-0185-R-KS |
| 13          Plaintiff, | **ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| 14      v. | |
| 15  COUNTY OF LOS ANGELES; COUNTY OF LOS ANGELES | [Assigned to Judge Manuel L. Real Courtroom "8"] |
| 16  PROBATION DEPARTMENT; JERRY E. POWERS, Individually and | |
| 17  as Chief Probation Officer; ESMERALDA AGUILERA, | |
| 18  Individually and in her Official Capacity as Deputy Probation Officer; | |
| 19  EDWARDO GOMEZ, Individually and in his Official Capacity as Supervising | |
| 20  Deputy Probation Officer; and DOES 1 through 10, Inclusive, | |
| 21          Defendants. | |
| 22  | Trial Date:          09/20/16 |

23

24    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

25    / / /

26    / / /

27    / / /

28    / / /

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1  After full consideration of the parties' stipulation regarding dismissal with

2  prejudice of the entire action, the Court orders that the above-captioned action, in its

3  entirety, be dismissed with prejudice, pursuant to *Federal Rules of Civil Procedure*,

4  Rule 41(a)(2).

5  **IT IS SO ORDERED.**

6

7

8  DATED:  October 14, 2016

9

10  _____

11  THE HONORABLE MANUEL L. REAL
    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE  (213) 426-2000